No. 04–9814. CAMPBELL *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 1015;

No. 04–9889. COOKS *v.* NEWLAND, WARDEN, *ante*, p. 830;

No. 04–10008. HANNO *v.* STANDARD FEDERAL BANK FOR SAVING, NKA TCF BANK, *ante*, p. 833;

No. 04–10009. FOY *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, *ante*, p. 834;

No. 04–10024. THOMAS *v.* LOUISIANA, *ante*, p. 834;

No. 04–10025. VORA *v.* CITY OF JOHNSTOWN, PENNSYLVANIA, *ante*, p. 834;

No. 04–10026. VORA *v.* PENNSYLVANIA, *ante*, p. 834;

No. 04–10027. VORA *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, *ante*, p. 834;

No. 04–10028. VORA *v.* JANCIGA, *ante*, p. 834;

No. 04–10052. WATSON *v.* HOME DEPOT U. S. A., INC., *ante*, p. 835;

No. 04–10083. WHITEHORN *v.* TEXAS, *ante*, p. 836;

No. 04–10117. LANE *v.* ARKANSAS ET AL., *ante*, p. 837;

No. 04–10126. GORDON *v.* FLORIDA, *ante*, p. 838;

No. 04–10128. HAWKINS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 838;

No. 04–10136. BOYCE *v.* ARIZONA, *ante*, p. 838;

No. 04–10169. ROBINSON *v.* UNITED STATES, *ante*, p. 840;

No. 04–10225. MARSHALL *v.* MAZE ET AL., *ante*, p. 842;

No. 04–10298. BOETTNER *v.* RAIMER ET AL., *ante*, p. 844;

No. 04–10306. BOWMAN *v.* FLORIDA, *ante*, p. 845;

No. 04–10577. MEDLEY *v.* TEXAS, *ante*, p. 1002;

No. 04–10600. ABNEY *v.* DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., *ante*, p. 861;

No. 04–10626. LEVERINGSTON *v.* UNITED STATES, *ante*, p. 862;

No. 04–10651. MIDDLETON *v.* UNITED STATES, *ante*, p. 863;

No. 04–10720. ARRINGTON *v.* COCKLIN ET AL., *ante*, p. 867;

No. 04–10740. GONZALEZ GARCIA *v.* UNITED STATES, *ante*, p. 869;

No. 05–63. ACTON *v.* CITY OF EATON, OHIO, ET AL., *ante*, p. 872;

No. 05–152.  RAMOS ET AL. *v.* UNITED STATES, *ante*, p. 876;

No. 05–206.  RODRIGUEZ-JURATOVAC ET AL. *v.* COMMONWEALTH OF PUERTO RICO ELECTORAL COMMISSION ET AL., *ante*, p. 960;

No. 05–245.  KERIAN *v.* HARVEY, SECRETARY OF THE ARMY, ET AL., *ante*, p. 961;

No. 05–251.  SAWANGKAO *v.* BANKERS TRUST COMPANY OF CALIFORNIA, N. A., C/O DELTA FUNDING CORP., SERVICING AGENT, *ante*, p. 977;

No. 05–318.  CATLETT *v.* MARYLAND, *ante*, p. 979;

No. 05–385.  COHEN *v.* ALLSTATE INSURANCE CO., *ante*, p. 1033;

No. 05–418.  MCWILLIAMS *v.* LANGHAM, *ante*, p. 1004;

No. 05–427.  ROBERTS *v.* TITUS COUNTY MEMORIAL HOSPITAL ET AL., *ante*, p. 1004;

No. 05–447.  ABRISHAMIAN *v.* GUTIERREZ, SECRETARY OF COMMERCE, ET AL., *ante*, p. 1016;

No. 05–5003.  GANT *v.* GEORGIA ET AL., *ante*, p. 877;

No. 05–5007.  HUGHES *v.* UNITED STATES, *ante*, p. 877;

No. 05–5028.  RAMOS *v.* GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL., *ante*, p. 878;

No. 05–5033.  IN RE BOYCE, *ante*, p. 810;

No. 05–5121.  REYNOSO *v.* MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY, *ante*, p. 884;

No. 05–5183.  SMITH ET AL. *v.* UNITED STATES, *ante*, p. 939;

No. 05–5259.  IN RE ALBERT, *ante*, p. 809;

No. 05–5265.  ROTHROCK *v.* PENNSYLVANIA, *ante*, p. 892;

No. 05–5299.  JOHNSON *v.* EVANS, WARDEN, *ante*, p. 894;

No. 05–5311.  VENEGAS-CASTREJON *v.* UNITED STATES, *ante*, p. 940;

No. 05–5321.  DAY *v.* UNITED STATES, *ante*, p. 940;

No. 05–5343.  JOHNSON *v.* BULLARD, WARDEN, ET AL., *ante*, p. 897;

No. 05–5378.  CROCKETT *v.* OKLAHOMA, *ante*, p. 899;

No. 05–5396.  FIAMENGO *v.* WADSWORTH ET AL., *ante*, p. 900;

No. 05–5432.  WILLIAMS *v.* UNITED STATES, *ante*, p. 902;

No. 05–5559.  HOOD *v.* VIRGINIA, *ante*, p. 910;

No. 05–5625.  RODRIGUEZ *v.* MCELROY ET AL., *ante*, p. 962;

No. 05–5671.  QUINTON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 943;

No. 05–5707. HILTON v. UNITED STATES, *ante*, p. 914;

No. 05–5716. CARCHIDI v. KENMORE DEVELOPMENT, *ante*, p. 944;

No. 05–5718. CENSKE v. MARQUETTE COUNTY JAIL, *ante*, p. 945;

No. 05–5730. LYLES v. MILLER, WARDEN, *ante*, p. 945;

No. 05–5758. MURRAY v. HARDIMAN, *ante*, p. 962;

No. 05–5800. DOUGLAS v. MARYLAND, *ante*, p. 963;

No. 05–5832. CUESTA v. BERTRAND ET AL., *ante*, p. 964;

No. 05–5839. JAMES v. CP&L PROGRESS ENERGY, *ante*, p. 964;

No. 05–5841. SHISINDAY, AKA THOMAS v. TEXAS (two judgments), *ante*, p. 1017;

No. 05–5850. LOPEZ CHIGANO v. LEWIS, WARDEN, *ante*, p. 918;

No. 05–5865. BRIGGS v. HAMILTON COUNTY PROSECUTOR, *ante*, p. 964;

No. 05–5935. MILLS v. FLORIDA, *ante*, p. 981;

No. 05–5941. REEVES v. CANNIZZARO, *ante*, p. 981;

No. 05–5978. HOHMANN v. TEGAN ET AL., *ante*, p. 1017;

No. 05–5983. PREVO v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., *ante*, p. 948;

No. 05–5996. CENSKE v. UNITED STATES, *ante*, p. 923;

No. 05–5997. DRUMMOND v. EHRLICH, GOVERNOR OF MARYLAND, *ante*, p. 982;

No. 05–6004. PITTS v. GEORGIA ET AL., *ante*, p. 983;

No. 05–6043. VOITS v. OREGON, *ante*, p. 984;

No. 05–6048. HAWKINS v. MCKEE, WARDEN, *ante*, p. 984;

No. 05–6074. HOLBROOK v. YAMAMOTO FB ENGINEERING, LLC, *ante*, p. 949;

No. 05–6117. TARVIN v. TEXAS, *ante*, p. 985;

No. 05–6142. MINNFEE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 986;

No. 05–6174. SCOTT v. PRICE ET AL., *ante*, p. 965;

No. 05–6175. RAY v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, *ante*, p. 986;

No. 05–6187. SHIVAEE v. VIRGINIA, *ante*, p. 1005;

No. 05–6232. STOVER v. ECKENRODE ET AL., *ante*, p. 966;

No. 05–6244. ATWELL v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., *ante*, p. 1005;

No. 05–6248. BREWER v. FRAWLEY ET AL., *ante*, p. 1017;

No. 05–6306. LAWRENCE v. UNITED STATES, *ante*, p. 955;

No. 05–6325. BROCK v. UNITED STATES, *ante*, p. 956;

No. 05–6337. IN RE JONES, *ante*, p. 1014;

No. 05–6352. MILLS v. UNITED STATES, *ante*, p. 966;

No. 05–6357. ARI v. MITCHELL, WARDEN, *ante*, p. 1005;

No. 05–6382. JOHNSON v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1006;

No. 05–6386. TRUEMAN v. RUMSFELD, SECRETARY OF DEFENSE, ET AL., *ante*, p. 1006;

No. 05–6479. NOVOTNY v. PORZYCKI ET AL., *ante*, p. 1006;

No. 05–6532. WORD v. PEREZ, SUPERINTENDENT, BEDFORD HILLS CORRECTIONAL FACILITY, *ante*, p. 1039;

No. 05–6533. BANKS v. UNITED STATES, *ante*, p. 989;

No. 05–6663. RIVERA-BENITO v. UNITED STATES, *ante*, p. 994;

No. 05–6675. STINNETT v. UNITED STATES, *ante*, p. 994;

No. 05–6719. JONES v. UNITED STATES, *ante*, p. 995;

No. 05–6754. GOMEZ v. UNITED STATES, *ante*, p. 996;

No. 05–6834. IACULLO v. UNITED STATES, *ante*, p. 1008;

No. 05–7021. ORR v. UNITED STATES, *ante*, p. 1024; and

No. 05–7073. WHITE v. UNITED STATES, *ante*, p. 1025. Petitions for rehearing denied.

No. 04–9139. STODDARD v. IDAHO, *ante*, p. 828; and

No. 04–10134. ANTHONY v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, *ante*, p. 838. Motions for leave to file petitions for rehearing denied.

## JANUARY 11, 2006

No. 05–757. FLORIDA v. SARASOTA HERALD-TRIBUNE ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari dismissed under this Court's Rule 46.

## JANUARY 13, 2006

No. 05–7053. DIXON v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.